# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| TATE DAVID PROWS, et al., | : | Case No. 1:23-cv-330 |
| | : | |
| Plaintiffs, | : | Judge Matthew W. McFarland |
| | : | Magistrate Judge Karen L. Litkovitz |
| v. | : | |
| | : | |
| CITY OF OXFORD, et al., | : | |
| | : | |
| Defendants. | : | |

## JUDGMENT IN A CIVIL CASE

**Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**:

(1) Defendants' Motion to Dismiss the Original Complaint (Doc. 7) is DENIED AS MOOT;
(2) Defendants' Motion to Dismiss the Amended Complaint (Doc. 12) is GRANTED;
(3) Plaintiffs' Rule 11 Objection (Doc. 32) is DENIED;
(4) Plaintiffs' Rule 201 Objection (Doc. 33) is DENIED;
(5) Defendants' Motion for Leave to Raise Res Judicata (Doc. 42) is GRANTED; and
(6) This case is TERMINATED from the Court's docket.

Dated: September 30, 2024.                        Richard W. Nagel, Clerk of Court
                                                                                  By: */s/ Kellie A. Fields*
                                                                                         Deputy Clerk